IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDYWINE VILLAGE ASSOCIATES, <br><br> Plaintiff, <br><br> v. <br><br> CARLINO EAST BRANDYWINE, L.P., et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 16-5209 |

## **ORDER**

**AND NOW**, this 26th day of March, 2018, upon reviewing Defendant East Brandywine Township's Motion to Dismiss (Docket No. 111), and all supporting and opposing papers, it is hereby **ORDERED** that Defendant East Brandywine Township's motion is **GRANTED**. The Clerk of Court is directed to terminate East Brandywine Township from this action.

                                              **BY THE COURT:**

                                              **/s/ Jeffrey L. Schmehl**
                                              Jeffrey L. Schmehl, J.