IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDYWINE VILLAGE ASSOCIATES,<br><br>Plaintiff,<br><br>v.<br><br>CARLINO EAST BRANDYWINE, L.P., et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 16-5209 |

## **ORDER**

**AND NOW**, this 27th day of March, 2018, upon reviewing Plaintiff Brandywine Village Associates' Motion for Preliminary Injunction (Docket No. 35) and all supporting papers, it is hereby **ORDERED** that Plaintiff Brandywine Village Associates' motion is **DENIED**.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.