IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRANDYWINE VILLAGE ASSOCIATES,

Plaintiff,

v.

CARLINO EAST BRANDYWINE, L.P., et al.,

Defendants.

CIVIL ACTION
NO. 16-5209

## ORDER

**AND NOW**, this 7th day of August, 2018, after reviewing Defendants' Motion to Abstain and/or Stay (Docket No. 189) from exercising jurisdiction, all supporting and opposing papers, and for the reasons more fully stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

1. Defendants' motion (Docket No. 189) is **DENIED IN PART** and **GRANTED IN PART**.

   a. Defendants' motion is **DENIED** as to the request to abstain from exercising jurisdiction.

   b. Defendants' motion is **GRANTED** as to the request to stay the proceedings pending the state court actions and subsequent appeals.

2. The above-captioned case shall be **STAYED** until further order of this Court.

3. Plaintiff's Motion to Appoint Special Master to Oversee Discovery (Docket No. 180) is **DENIED WITHOUT PREJUDICE** with leave to re-file as this case will be stayed pending the state court actions and subsequent appeals.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.